1  Kevin Valsi, Esq. (SBN 274704)
2  Tauler Smith LLP
   626 Wilshire Blvd., Suite 510
3  Los Angeles, CA 90017
   (310) 853-0441
4  kvalsi@taulersmith.com

5  Attorneys for Plaintiff
6  JST DISTRIBUTION, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JST DISTRIBUTION, LLC, a Texas Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>ROMANTIX / ELINE LP, an entity of unknown type, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 3:17-cv-00869-W-MDD<br><br>**JOINT MOTION TO DISMISS WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

**JOINT MOTION TO DISMISS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff JST Distribution, LLC, and Defendants Romantix, Inc. and Romantix Holdings, Inc. (collectively the "Parties"), hereby file this Joint Motion to Dismiss the action of Plaintiff JST Distribution, LLC with prejudice, and move for the entry of the attached proposed Order on Joint Motion to Dismiss, dismissing with prejudice all claims in the above-captioned action. Each of the undersigned Parties agrees that it shall bear its own costs and fees.

Respectfully Submitted,

DATED: August 15, 2017  **TAULER SMITH LLP**

By: */s/ Kevin Valsi*
Kevin Valsi
Attorneys for Plaintiff,
JST Distribution LLC

**JOINT MOTION TO DISMISS**

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Howard D. Ruddell, counsel for Defendants, and that I have obtained his authorization to affix his electronic signature to this document.

DATED: AUGUST 15, 2017                             **TAULER SMITH LLP**

                                                   By: ___/s/Kevin Valsi_____
                                                   Kevin Valsi, Esq.
                                                   Attorneys for Plaintiff,
                                                   JST Distribution, LLC


                                                   **FAEGRE BAKER DANIELS LLP**


                                                   */s/ Howard D. Ruddell*
                                                   Howard D. Ruddell
                                                   Attorneys for Defendants Romantix, Inc. and Romantix Holdings, Inc.

# CERTIFICATE OF SERVICE

*JST Distribution, LLC v. Romantix, Inc. and Romantix Holdings, Inc.,* CASE NO. 3:17-cv-00869-W-MDD

    I hereby certify that on August 15, 2017, copies of Plaintiff's **JOINT MOTION TO DISMISS WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)** were filed electronically and served by U.S. Mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by facsimile to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

By:   */s/ Kevin Valsi*
      Kevin Valsi, Esq.
      Attorneys for Plaintiff JST Distribution, LLC